# KORIBANICS AND KORIBANICS
## ATTORNEYS AT LAW

| | |
|---|---|
| **MICHAEL P. KORIBANICS*** | 685 VAN HOUTEN AVENUE |
| | CLIFTON, N.J. 07013-2197 |
| **J0HN KORIBANICS** | PHONE (973) 778-1800 |
| OF COUNSEL | FAX (973) 778-3750 |
| (1921-2002) | |

<u>VIA E-MAIL</u>

April 6, 2020

Hon. Brian Martinotti, USDJ
United States District Court – Newark
10 Walnut Street
Newark, NJ 07102

RE:   U.S.A. vs. PATRICK FRANCONERI
    Case No. 2:19-cr-00403-BRM-1

Dear Judge Martinotti:

    Mr. Franoneri's sentencing is currently scheduled for April 13 ,2020 at 10:00 a.m.

    At this time and due to the current nationwide situation, we respectfully request an adjournment with the AUSA's consent.

    Kindly advise this office of your Honor's decision, so I may advise my client accordingly.

    Very truly yours,

/s/*Michael P. Koribanics*
Michael P. Koribanics, Esq.

cmr
Enc.
cc:
Jonathan Romankow, AUSA
Elizabeth Auson, U.S.P.O.
Patrick Franconeri



"Certified by the Supreme Court of New Jersey as a Criminal Trial Attorney"