# KORIBANICS AND KORIBANICS
## ATTORNEYS AT LAW

**MICHAEL P. KORIBANICS***

J0HN KORIBANICS
  OF COUNSEL
  (1921-2002)

685 VAN HOUTEN AVENUE
CLIFTON, N.J. 07013-2197
PHONE (973) 778-1800
FAX (973) 778-3750

<u>VIA E-MAIL</u>

April 6, 2020

Hon. Brian Martinotti, USDJ
United States District Court – Newark
10 Walnut Street
Newark, NJ 07102

RE:   U.S.A. vs. PATRICK FRANCONERI
       Case No. 2:19-cr-00403-BRM-1

Dear Judge Martinotti:

      Mr. Franoneri's sentencing is currently scheduled for April 13 ,2020 at 10:00 a.m.

      At this time and due to the current nationwide situation, we respectfully request an adjournment with the AUSA's consent.

      Kindly advise this office of your Honor's decision, so I may advise my client accordingly.

            Very truly yours,

            /s/ *Michael P. Koribanics*
            Michael P. Koribanics, Esq.

cmr
Enc.
cc:
Jonathan Romankow, AUSA
Elizabeth Auson, U.S.P.O.
Patrick Franconeri

Defendant's request for an adjournment of the Sentence scheduled for 04/13/20 is granted.  This matter is now set for 06/03/20 at 1:30 pm

SO ORDERED: _____
Dated:  04/07/2020



"Certified by the Supreme Court of New Jersey as a Criminal Trial Attorney"