**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES, | : Case No. 2:19-CR-00403-BRM |
| v. | : |
| | : **NOTICE OF APPEARANCE** |
| PATRICK FRANCONERI, | : |
| | : |

**TO**: CLERK OF THE ABOVE-NAMED COURT

**PLEASE TAKE NOTICE** that the undersigned hereby enters an appearance as co-counsel for Defendant, Patrick Franconeri, in the above-entitled action.

>BIANCAMANO LAW, LLC
>312 North Avenue E, Suite 7
>Cranford, NJ 07016
>Tel: (908) 325-3023  Fax (908) 325-3007
>Attorneys for Defendant,
>Patrick Franconeri

>By: */s/ Stacy Ann Biancamano*
>     Stacy Ann Biancamano

Dated: June 18, 2020