UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES

NEWARK
Judge:   BRIAN R. MARTINOTTI                                   Date:   06/24/2020
Court Reporter:   Megan McKay Soule                    Docket No: 2:19-403

Title of the Case:

UNITED STATES OF AMERICA
v
PATRICK FRANCONERI

Appearances:

Jonathan Romankow, AUSA
Michael Koribanics & Stacy Biancamano, Attorneys for Defendant
Joanne Young, USPO

Nature of Proceedings:

Covid Order fld.
Deft. Present
SENTENCE: 18 Months on Counts 1 & 2 of the Information, to run concurrent
SUPERVISED RELEASE: 3 Years on Counts 1 & 2 of the Information, to run concurrent
Special Assessment: $200 (due immediately)
Special Conditions:
·        New Debt Restrictions
·        Financial Disclosure
·        IRS
Fine:   WAIVED
Restitution: $716,568.78 (due immediately)
Recommendation to BOP: A Non-Administrative   facility for service of sentence close to defendant's family/home address
Deft. advised of his right to appeal
Court Ordered Deft. to voluntarily surrender by January 4, 2021 at/or before Noon

Commenced:   10:45 am
Concluded:    1:00 pm

                                                Lissette Rodriguez, Courtroom Deputy
                                                to the Hon. Brian R. Martinotti U.S.D.J.